1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,           )
                                     )
9                   Plaintiff,       )
                                     )
10           v.                      )         2:10-CR-512-GMN (GWF)
                                     )
11 DARIAN CROMWELL,                  )
                                     )
12 _____Defendant._____ )

13 **PRELIMINARY ORDER OF FORFEITURE**

14        This Court finds that on June 20, 2011, defendant DARIAN CROMWELL pled guilty to

15 Counts One through Three of a Three-Count Criminal Indictment charging him in Count One with

16 Felon in Possession of a Firearm in violation of Title 18, United States Code, Sections 922(g)(1) and

17 924(a)(2); and in Counts Two and Three with Felon in Possession of Ammunition in violation of Title

18 18, United States Code, Section 922(g)(1) and 924(a)(2). Docket #1, #24.

19        This Court finds defendant DARIAN CROMWELL agreed to the forfeiture of the property

20 set forth in Forfeiture Allegations of the Criminal Indictment. #1.

21        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

22 America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

23 Criminal Indictment and the offenses to which defendant DARIAN CROMWELL pled guilty.

24        The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

25 924(d)(1) and Title 28, United States Code, Section 2461(c):

26 . . .

1            1.        a Mossberg shotgun;

2            2.        a black Glock model 26, serial # 1EPT536US; and ("property").

3        This Court finds the United States of America is now entitled to, and should, reduce the

4    aforementioned property to the possession of the United States of America.

5        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

6    United States of America should seize the aforementioned property.

7        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

8    DARIAN CROMWELL in the aforementioned property is forfeited and is vested in the United States

9    of America and shall be safely held by the United States of America until further order of the Court.

10        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

11    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

12    website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

13    the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

14    the name and contact information for the government attorney to be served with the petition, pursuant

15    to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

17    with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

18        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

19    shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

20    following address at the time of filing:

21            Michael A. Humphreys
             Assistant United States Attorney
22            Daniel D. Hollingsworth
             Assistant United States Attorney
23            Lloyd D. George United States Courthouse
             333 Las Vegas Boulevard South, Suite 5000
24            Las Vegas, Nevada 89101.

25    . . .

26    . . .

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3   following publication of notice of seizure and intent to administratively forfeit the above-described

4   property.

5        **DATED** this 27th day of July, 2011.

6

7                                          _____

8                                          Gloria M. Navarro
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26