1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9                 Plaintiff,              )
                                          )
10         v.                             )        2:10-CR-512-GMN (GWF)
                                          )
11  DARIAN CROMWELL,                      )
                                          )
12  _____Defendant._____  )

13               **AMENDED PRELIMINARY ORDER OF FORFEITURE**

14         This Court finds that on June 20, 2011, defendant DARIAN CROMWELL pled guilty to

15  Counts One through Three of a Three-Count Criminal Indictment charging him in Count One with

16  Felon in Possession of a Firearm in violation of Title 18, United States Code, Sections 922(g)(1) and

17  924(a)(2); and in Counts Two and Three with Felon in Possession of Ammunition in violation of Title

18  18, United States Code, Section 922(g)(1) and 924(a)(2). Docket #1, #24.

19         This Court finds defendant DARIAN CROMWELL agreed to the forfeiture of the property

20  set forth in Forfeiture Allegations of the Criminal Indictment. #1.

21         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

22  America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

23  Criminal Indictment and the offenses to which defendant DARIAN CROMWELL pled guilty.

24         The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

25  924(d)(1) and Title 28, United States Code, Section 2461(c):

26  . . .

1.      a black Mossberg 500A 12 gauge shotgun, serial number unknown;

2.      a black Glock model 26, 9mm pistol, serial # 1EPT536US; ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of DARIAN CROMWELL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

. . .

. . .

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3   following publication of notice of seizure and intent to administratively forfeit the above-described

4   property.

5        DATED this _____10_____ day of _____August_____, 2011.

6

7

8        _____

9        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26