✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

FEB 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-512-GMN (GWF) |
| DARIAN CROMWELL, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On August 11, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant DARIAN CROMWELL to criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant DARIAN CROMWELL pled guilty. Docket #1, #24, #28.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 13, 2011, through September 11, 2011, notifying all third parties of their right to petition the Court. #29.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the
2  time for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
4  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
5  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
6  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States
7  Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7), and shall be
8  disposed of according to law:

   a)   a black Mossberg 500A 12 gauge shotgun, serial number unknown;
   b)   a black Glock model 26, 9mm pistol, serial number 1EPT536US; and
   c)   any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 23 day of February, 2012.

UNITED STATES DISTRICT JUDGE