UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-512-GMN-(GWF) |
| DARIAN CROMWELL, | ) ) ) | |
| Defendant. | ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On August 11, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant DARIAN CROMWELL to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant DARIAN CROMWELL pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 24; Amended Preliminary Order of Forfeiture, ECF No. 28; Final Order of Forfeiture, ECF No. 37.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 13, 2011, through September 11, 2011, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 29.

On May 8, 2013, the United States filed a Petition, Stipulation for Return of Property and Order with the Court in regards to Brandon Anderson. Petition, Stipulation for Return of Property and Order, ECF No. 58.

On May 9, 2013, an Order granting the Petition, Stipulation for Return of Property and Order was entered with the Court. Order, ECF No. 59.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.  a black Mossberg 500A 12 gauge shotgun, serial number unknown;

    b.  a black Glock model 26, 9mm pistol, serial number 1EPT536US; and

    c.  any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

1   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2   certified copies to the United States Attorney's Office.
3   **DATED** this 21st day of May, 2013.

_____
Gloria M. Navarro
United States District Judge