# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

v.

DARIAN CROMWELL,

            Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:10-cr-00512-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered dismissing Petitioner's 2255 Motions.

| April 11, 2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |